

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE HERRERA GROUP, HERRERA FINANCIAL GROUP, LLC, ERNESTO HERRERA, NORA HERRERA, AND ALL OTHER OCCUPANTS OF 416 N. STANTON, SUITE 120, EL PASO, TEXAS 79901, | § § § § | No. 08-24-00148-CV<br><br>Appeal from the<br><br>County Court at Law No. 3 |
| Appellants, | § | of El Paso County, Texas |
| v. | § | (TC# 2024-CCV00291) |
| AGGIE CHOI, AS MANAGER OF CH PROPERTY PARTNERS, LLC, AND CH PROPERTY PARTNERS, LLC, | § § | |
| Appellees. | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF AUGUST 2024.


GINA M. PALAFOX, Justice


Before Alley, C.J., Palafox, and Rodriguez, C.J. (Ret)
Rodriguez, C.J. (Ret.) (Sitting by Assignment)